ARTHUR I. UNGERMAN
JOYCE W. LINDAUER
Attorneys at Law
8140 Walnut Hill Lane
Suite 301
Dallas, Texas 75231
(972) 239-9055 Telephone
(972) 239-9886 Facsimile
arthur@arthurungerman.com
joyce@joycelindauer.com

Proposed Attorneys for Debtor

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NEW HOPE HOSPITALITY, LLC, | § | CASE NO: 12-31959-HDH-11 |
| DEBTOR | § | CHAPTER 11 |
| | § | |

### AFFIDAVIT OF JAGMOHAN DHILLON

STATE OF TEXAS )
 )
COUNTY OF DALLAS )

BEFORE ME the undersigned authority, on this day personally appeared the undersigned affiant, who by me sworn, oath stated:

1.   Dhillon Management Company, LLC manages properties and its office is at 3400 Parkwood Blvd., Frisco, TX 75034.

2.   It does not hold a claim against New Hope Hospitality, LLC, for services provided prior to the filing of this bankruptcy case.

Exhibit "A"

3. To the best of my knowledge each member and associate of this firm, other than myself, is presently a disinterested person as defined in Section 101 (14) of Bankruptcy Code. I am not a creditor or an employee of the office of the U.S. Trustee, but I am an insider of the Debtor. I am a 65% shareholder of the Debtor and the Managing Member of the Debtor.

EXECUTED this April __, 2012.



Jagmohan Dhillon
Managing Member

Subscribed and sworn to before me this April 11, 2012

Notary Public
Printed Name: Laura Crow

My Commission Expires:
9-8-15

LAURA M CROW
Notary Public
STATE OF TEXAS
My Comm. Exp. 09-08-15