B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **New Hope Hospitality, LLC**     Case No.  **12-31959-HDH-11**

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| EH National Bank<br>9701 Wilshire Blvd.<br>Suite 101<br>Beverly Hills, CA 90212 | | Deed of Trust | | $4,792,918.00<br>Value: $3,323,345.16 |
| EH National Bank<br>9701 Wilshire Blvd.<br>Suite 101<br>Beverly Hills, CA 90212 | | SBA Loan | | $800,000.00<br>Value: $0.00 |
| Sangha Jasbir<br>15195 Beartree St.<br>Fontana, CA 92336 | | Lawsuit | *Disputed* | $173,000.00 |
| Newcrest<br>1431 Greenway Dr.<br>Suite 915<br>Irving, TX 75038 | | Seller Finance | | $150,000.00<br>Value: $0.00 |
| Hilton Worldwide<br>4649 Paysphere Circle<br>Chicago, IL 60674 | | Franchise Fee | | $42,567.03 |
| City of Corsicana<br>200 N. 12th St.<br>Corsicana, TX 78110 | | City Occupancy Tax | | $22,082.37 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **New Hope Hospitality, LLC**  Case No. **12-31959-HDH-11**

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| State Comptroller<br>PO Box 149356<br>Austin, TX 78714-9356 | | State Hotel Tax | | $11,515.91 |
| Hudson Energy<br>PO Box 142109<br>Irving, TX 75014 | | Utilities | | $10,919.75 |
| National Aquatic Compliance LLC<br>7534 N. La Cholla Blvd.<br>Tucson, AZ 85741 | | Vendor | | $6,470.00 |
| Sysco Guest Supply<br>PO Box 910<br>Monmouth Junction, NJ 08852-0910 | | Vendor | | $5,087.66 |
| United Rentals Northwest Inc.<br>525 Julie Rivers Dr.<br>Suite 200<br>Sugarland, TX 77478 | | Vendor | | $3,202.64 |
| Schindler Elevator Corp.<br>8105 N. Belt Line Rd.<br>Suite 120<br>Irving, TX 75063-6047 | | Vendor | | $3,134.30 |
| Lands End Business Outfitters<br>1 Lands End Lane<br>Dodgeville, WI 53595 | | Vendor | | $2,233.97 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **New Hope Hospitality, LLC**                              Case No.   **12-31959-HDH-11**

                                                                   Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| DMX Inc.<br>PO Box 660557<br>Dallas, TX 75266-0557 | | Vendor | | $2,196.42 |
| Lonestar Logos & Signs LLC<br>611 S. Congress Ave. 300<br>Austin, TX 78701 | | Vendor | | $1,837.38 |
| Royal Cup Coffee<br>PO Box 170971<br>Birmingham, AL 35217 | | Vendor | | $1,133.11 |
| IDLM Power Washing Service<br>928 Hideawa Place<br>DeSoto, TX 75115 | | Vendor | | $976.03 |
| All-N-1 Fire & Safety Inc.<br>PO Box 851584<br>Mesquite, TX 75185 | | Vendor | | $935.00 |
| AT&T Wi-Fi Services<br>Dept 0200<br>PO Box 120220<br>Dallas, TX 75312-0220 | | Utilities | | $914.49 |
| AT&T<br>PO Box 5019<br>Carol Stream, IL 60197-5019 | | Utilities | | $827.02 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **New Hope Hospitality, LLC**          Case No. **12-31959-HDH-11**

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date: **4/12/2012**          Signature: **/s/ Jagmohan Dhillon**
                                                            *Jagmohan Dhillon*
                                                            **Managing Member**