**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **New Hope Hospitality, LLC**                              CASE NO  **12-31959-HDH-11**

                                                                                  CHAPTER  **11**

*AMENDED 2/8/2013*
**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  2/8/2013                              Signature  /s/ Jagmohan Dhillon
                                                           *Jagmohan Dhillon*
                                                           *Managing Member*

Date  _____              Signature  _____

```
EH National Bank
9701 Wilshire Blvd.
Suite 101
Beverly Hills, CA 90212


Newcrest Management, LLC
1135 Kinwest Parkway # 150
Irving, TX 75038
```